140 MAIN STREET-DERBY, LLC *v.* CLARK
DEVELOPMENT, LLC

The defendant's petition for certification for appeal from the Appellate Court, 116 Conn. App. 188 (AC 29910), is denied.

*Matthew B. Woods*, in support of the petition.

*Joseph A. Kubic*, in opposition.

Decided September 23, 2009